OPINION — AG — ** COUNTY HEALTH DEPARTMENTS — FUNDS ** THE ONLY FUNDS OF COUNTY HEALTH DEPARTMENTS AUTHORIZED TO BE SENT TO THE STATE HEALTH DEPARTMENT ARE THOSE SPECIFICALLY MENTIONED IN 63 O.S. 1-208.1 [63-1-208.1] (GUIDANCE SERVICES, AGREEMENTS, COUNTY FUNDS, EXPENSES, BUDGET) CITE: 63 O.S. 1-208.1 [63-1-208.1] (AUTHORITY, JURISDICTIONAL) (TODD MARKUM)